```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEON CORBETT,

                Plaintiff,

      -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2734 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2020, that pursuant to sentence four of 42 U.S.C. § 405(g), which is made applicable to Supplemental Security Income ("SSI") claims under 42 US.C. § 1383(c)(3), the final decision of the Commissioner of Social Security dated December 29, 2017, is reversed, and plaintiff's claims for SSI protectively filed on November 12, 2014 is remanded to the Commissioner of Social Security for further administrative proceedings; upon remand, the Administrative Law Judge will: (1) develop the record with the assistance of plaintiff's representative; (2) update the record with a mental status consultative examination that includes literacy testing; (3) give further consideration to the plaintiff's residual functional capacity assessment and evaluate all of the medical evidence of record: (4) if warranted by the expanded record, obtain supplemental evidence from a vocational expert; (5) offer the plaintiff the opportunity for a new hearing and to submit additional evidence; and (6 issue a new decision.

**Dated:** New York, New York
         January 9, 2020

                                      RUBY J. KRAJICK
                                         Clerk of Court

           BY:
                                           Deputy Clerk

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON 1/9/2020